UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

KEY WEST DIVISION

IN ADMIRALTY

CASE NO.: 4:16-cv-10026-JLK

NICOLE GERSBECK,

    *Plaintiff*,

v.

ISLAMORADA ASSET MANAGEMENT, INC. D/B/A
KEY DIVES; THE RECEIVERSHIP OF ISLAMORADA ASSET
MANAGEMENT, INC.; DAVID A. CHAMPAGNE, and
M&M VENTURES, INC. D/B/A KEY DIVES.

    *Defendants*.

_____/

**STIPULATION FOR SUBSTITUTION OF COUNSEL**

    IT IS HEREBY stipulated and agreed between the undersigned that the law firm of RODRIGUEZ LAW OFFICE LLC. shall be substituted for the law firm of HERSHOFF, LUPINO & YAGEL, LLP., as counsel for Defendant, M&M VENTURES, INC., d/b/a KEY DIVES.

| | |
|---|---|
| HERSHOFF, LUPINO & YAGEL, LLP.<br>90130 Old Highway<br>Tavernier, FL 33070<br>ryagel@hlylaw.com<br>Tel: (305) 852-8440<br><br>By: _____<br>Russell Allen Yagel, Esq.<br><br>Fla. Bar No.: | RODRIGUEZ LAW OFFICE LLC.<br>2121 Ponce de Leon Blvd. Ste. 430<br>Miami, FL 33134<br>Domingo@rlomiami.com<br>Pleadings@rlomiami.com<br>Tel: (305) 774-1477 ~ Fax: (305) 774-1075<br><br>By: _____<br>Domingo C. Rodriguez, Esq.<br>Fla. Bar No.: 394645 |

[The remainder of this page intentionally left blank]

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of foregoing was electronically filed using the Court's CM/ECF document filing system and was served via Email Transmission this 31 day of January, 2017 to: Bjorg Eikeland, Esq. and John Heyward Hickey, Esq., [beikeland@hickeylawfirm.com; hickey@hickeylawfirm.com], Attorneys for Plaintiff, Hickey Law Firm P.A., 1401 Brickell Avenue, Suite 510, Miami, FL 33131; and served via U.S. First Class Mail to: Defendants, Islamorada Asset Mgmt., Inc. & The Receivership of Islamorada Asset Mgmt., Inc., c/o Elena Vigil-Farinas, Esq., as Registered Agent, 79851 Overseas Highway, Islamorada, FL 33037, and 103400 Overseas Highway, Suite 237, Key Largo, FL 33037; and Defendant, David A. Champagne, 201 Bristol CT, Tavernier, FL 33070, 79851 Overseas Highway, Islamorada, FL 33036, and P.O. Box 214, Rising Sun, MD 21911.

/s/ Domingo C. Rodriguez
**Domingo C. Rodriguez, Esq.** (FBN 394645)
domingo@rlomiami.com
pleadings@rlomiami.com
**RODRIGUEZ LAW OFFICE, LLC.**
2121 Ponce de Leon Blvd., Suite 430
Miami, Florida 33134
Tel: (305) 774-1477 ~ Fax: (305) 774-1075

*Counsel for Defendant,*
*M&M Ventures, Inc. d/b/a Key Dives*